Frederick L. Regnery, Appellant, v. Chris-Craft Boat Sales, Inc. and John P. Rodi, Appellees.

Gen. No. 40,996. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1939; opinion filed May 28, 1940. John H. S. Lee, for appellant; Cameron F. Woods, of counsel; Bippus, Rose, Burt & Pierce, for appellees; Lester K. Olin, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''